# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

TAYLOR GIPSON,

    Plaintiff,

vs.

POPEYE'S CHICKEN & BISCUITS, a/k/a NASHVILLE RESTAURANT MANAGEMENT, LLC and COBB COUNTY GEORGIA,

    Defendants.    /

CASE NO. 1:12-cv-03210-JOF

JURY TRIAL DEMANDED

## NOTICE OF FILING ELECTRONIC MEDIA

Please take notice that Defendant has filed the following document on a CD:

**Surveillance Video taken at Popeye's Restaurant**

This document was not filed electronically because the surveillance video could not be converted into a .pdf format; thus, this video is exempted from electronic filing by the Electronic Filing Procedures of this Court and will be hand delivered to the Clerk of Court for placement in the Court's records.

Plaintiff is already in possession of this video.

1

Respectfully submitted this 25th day of July, 2013.

/s/Lauren H. Zeldin
WILLIAM E. GROB
Georgia Bar Number 312902
E-mail: william.grob@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK &
  STEWART, P.C.
100 North Tampa Street, Suite 3600
Tampa, Florida 33602
Telephone: 813.289.1247
Facsimile: 813.289.6530
AND
DARA L. DEHAVEN
Georgia Bar Number 216250
E-mail: dara.dehaven@ogletreedeakins.com
LAUREN H. ZELDIN
Georgia Bar Number 368999
E-mail: lauren.zeldin@ogletredeakins.com
OGLETREE, DEAKINS, NASH, SMOAK &
  STEWART, P.C.
191 Peachtree Street, N.E., Suite 4800
Atlanta, Georgia 30303
Telephone: 404.881.1300
Facsimile: 404.870.1732
ATTORNEYS FOR DEFENDANT
POPEYE'S CHICKEN & BISCUITS, a/k/a
NASHVILLE RESTAURANT
MANAGEMENT, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TAYLOR GIPSON,

    Plaintiff,

vs.

POPEYE'S CHICKEN & BISCUITS,
a/k/a NASHVILLE RESTAURANT
MANAGEMENT,

    Defendant.    /

CASE NO. 1:12-cv-03210-JOF

JURY TRIAL DEMANDED

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2013, I electronically filed the Notice of Filing Electronic Media with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

A. Lee Parks
Andrew Y. Coffman
Parks, Chesin & Walbert, P.C.
75 Fourteenth Street, N.E., 26th Floor
Atlanta, GA 30309
lparks@pcwlawfirm.com;
acoffman@pcwlawfirm.com

*/s/Lauren H. Zeldin*
Attorney for Defendant